# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
GRAYSON, OZ § Case No. 13-02267 JBS
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Joseph A. Baldi_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 13-02267 | Judge: Jack B. Schmetterer | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | GRAYSON, OZ | | Date Filed (f) or Converted (c): | 01/21/13 (f) |
| | | | 341(a) Meeting Date: | 03/14/13 |
| For Period Ending: | 12/17/14 | | Claims Bar Date: | 07/22/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 15500 Dorchester Ave Dolton, IL 60419 - (Debtor's Stay lifted 4/9/13 | 68,481.00 | 0.00 | | 0.00 | FA |
| 2. checking account with - US Bank xxx248 | 300.00 | 0.00 | | 0.00 | FA |
| 3. Household goods; TV, DVD player, TV stand, stereo, | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Expected 2012 Federal tax refund  Abandon at closing pursuant to section 554(c) of the Code; collection of unpaid balance ($290) will delay closing of this case and only slightly increase distibution to general unsecured creditors (distribution percentage to unsecured creditors would increase from 23% to 25%). Trustee believes further collection efforts are of inconsequential benefit. | 800.00 | 4,900.00 | | 4,610.00 | FA |
| 5. 2002 Chevrolet Trailblazer with 230,000 miles | 1,552.00 | 0.00 | | 0.00 | FA |
| 6. Books and Art Objects | 80.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 50.00 | 0.00 | | 0.00 | FA |
| 8. Jewelry-watches, wedding ring | 1,200.00 | 0.00 | | 0.00 | FA |
| 9. Term Life Insurance-no surrender value | 0.00 | 0.00 | | 0.00 | FA |
| 10. Pension / Profit Sharing | 16,000.00 | 0.00 | | 0.00 | FA |
| 11. 2006 Infinity FX35, 80000 miles | 15,132.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $105,595.00         $4,900.00         $4,610.00         $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee will collect proceeds of tax refund received by Debtor post-petition. The estate will collect $4900 in 12

monthly payments of $408.33. Debtor's first payment was due on or around July 12, 2013 and continue until the last

LFORM1   **UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*                                                Ver: 18.03a

Case 13-02267    Doc 32    Filed 02/13/15    Entered 02/13/15 14:28:42    Desc Main
Document      Page 4 of 10

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 13-02267 | Judge: Jack B. Schmetterer | |
| Case Name: | GRAYSON, OZ | | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Date Filed (f) or Converted (c): | 01/21/13 (f) |
| 341(a) Meeting Date: | 03/14/13 |
| Claims Bar Date: | 07/22/13 |

payment is made on June 2014.  Trustee reviewed claims; Trustee obtained order resolving invalidly filed secured claim; Trustee made multiple collection efforts to recover the unpaid balance ($290) owed from the Debtor; Trustee determined additional collection efforts of inconsequential benefit to creditors and cause further delay to close case; Trustee prepared TFR

Initial Projected Date of Final Report (TFR): 12/31/14      Current Projected Date of Final Report (TFR): 12/31/14

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-02267 -JBS | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | GRAYSON, OZ | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6800 Checking Account |
| Taxpayer ID No: | *******6091 | | | |
| For Period Ending: | 12/17/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 410.00 | | 410.00 |
| 01/09/14 | 4 | OZ GRAYSON | SETTLEMENT: TAX RETURN | 1124-000 | 200.00 | | 610.00 |
| 02/05/14 | 001001 | International Sureties | Bond Premium Payment | 2300-000 | | 0.49 | 609.51 |
| | | 701 Poydras Street #420 | Annual premium payment | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/02/14 | 4 | TCF NATIONAL BANK | SETTLEMENT: TAX RETURN | 1124-000 | 4,000.00 | | 4,609.51 |
| | | C/O OZ GRAYSON | | | | | |
| | | 800 BURR RIDGE PARKWAY | | | | | |
| | | BURR RIDGE, IL 60527-6486 | | | | | |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,599.51 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,589.51 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,579.51 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,569.51 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,559.51 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,549.51 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,539.51 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,529.51 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 4,610.00 | 80.49 | 4,529.51 |
| Less: Bank Transfers/CD's | 410.00 | 0.00 | |
| Subtotal | 4,200.00 | 80.49 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,200.00 | 80.49 | |

Page Subtotals 4,610.00 80.49

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-02267 -JBS | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | GRAYSON, OZ | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0094 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6091 | | |
| For Period Ending: | 12/17/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 08/29/13 | | OZ GRAYSON | SETTLEMENT: TAX REFUND<br>Deposit was printed using non-MICR printer cartridge. Didn't realize until after I checked off that the deposit slip had been printed. ~JMM 8.29.13 | 1124-003 | 410.00 | | 410.00 |
| * 08/29/13 | | OZ GRAYSON | SETTLEMENT: TAX REFUND<br>Deposit was printed using non-MICR printer cartridge. Didn't realize until after I checked off that the deposit slip had been printed. ~JMM 8.29.13 | 1124-003 | -410.00 | | 0.00 |
| 08/29/13 | 4 | OZ GRAYSON | SETTLEMENT: TAX REFUND | 1124-000 | 410.00 | | 410.00 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 410.00 | 0.00 |

```
                               COLUMN TOTALS             410.00      410.00       0.00
                    Less:  Bank Transfers/CD's             0.00      410.00
                               Subtotal                  410.00        0.00
                    Less:  Payments to Debtors                         0.00
                               Net                       410.00        0.00
```

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********6800 | 4,200.00 | 80.49 | 4,529.51 |
| Checking Account (Non-Interest Earn - ********0094 | 410.00 | 0.00 | 0.00 |
| | 4,610.00 | 80.49 | 4,529.51 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        410.00      410.00

| Page 1 | | EXHIBIT C<br>ANALYSIS CLAIMS REGISTER--ADMIN CLAIMS | | | | Date: December 17, 2014 |
|---|---|---|---|---|---|---|

Case Number: 13-02267  
Debtor Name: GRAYSON, OZ  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois 60602 | Administrative | | $1,152.50 | $0.00 | $1,152.50 |
| | Subtotal For Claim Type 2100-00  Trustee Compensation | | | $1,152.50 | $0.00 | $1,152.50 |
| BOND 001<br>2300-00 | International Sureties<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | Administrative | | $0.49 | $0.49 | $0.00 |
| | Subtotal For Claim Type 2300-00  Bond Payments | | | $0.49 | $0.49 | $0.00 |
| 000002<br>050<br>4210-00 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | Secured | Secured claim valued at $0 per order 7/17/14 | $0.00 | $0.00 | $0.00 |
| | Subtotal For Claim Type 4210-00  Personal Prop & Intang - | | | $0.00 | $0.00 | $0.00 |
| 000001<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | (1-1) Unsecured Debt | $207.55 | $0.00 | $207.55 |
| 000003<br>070<br>7100-00 | Nelnet<br>3015 South Parker Road, Suite 400<br>Aurora, CO 80014-2904 | Unsecured | | $2,907.81 | $0.00 | $2,907.81 |
| 000004<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | (4-1) DISCOUNT TIRE/GECRB | $636.05 | $0.00 | $636.05 |
| 000005<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | (5-1) WAL-MART DISCOVER CARD | $2,375.94 | $0.00 | $2,375.94 |
| 000006<br>070<br>7100-00 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Unsecured | (6-1) LOC6248 | $665.58 | $0.00 | $665.58 |
| 000007<br>070<br>7100-00 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Unsecured | (7-1) ilx2296 | $7,824.91 | $0.00 | $7,824.91 |
| | Subtotal For Claim Type 7100-00  General Unsecured 726(a)(2) | | | $14,617.84 | $0.00 | $14,617.84 |
| | Case Totals: | | | $15,770.83 | $0.49 | $15,770.34 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-02267 JBS
Case Name: GRAYSON, OZ
Trustee Name: Joseph A. Baldi

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | eCAST Settlement Corporation | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000003 | Nelnet | $ | $ | $ |
| 000004 | Capital Recovery V, LLC | $ | $ | $ |
| 000005 | Capital Recovery V, LLC | $ | $ | $ |
| 000006 | US BANK N.A. | $ | $ | $ |
| 000007 | US BANK N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE