UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| GRAYSON, OZ | § | Case No. 13-02267 |
| | § | |
| Debtor(s) | § | |

**AMENDED NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
10:30 a.m., on Tuesday, March 31, 2015
in Courtroom 682, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Kenneth Gardner
                                     Clerk of Bankruptcy Court

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| GRAYSON, OZ | § | Case No. 13-02267 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,900.00 |
| and approved disbursements of | $ | 80.49 |
| leaving a balance on hand of[1] | $ | 4,819.51 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | eCAST Settlement Corporation | $ 1,004.62 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 4,819.51 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ 1,225.00 | $ 0.00 | $ 1,225.00 |
| Other: International Sureties | $ 0.49 | $ 0.49 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,225.00 |
| Remaining Balance | $ | 3,594.51 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,617.84  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for | $ 207.55 | $ 0.00 | $ 51.04 |
| 000003 | Nelnet | $ 2,907.81 | $ 0.00 | $ 715.03 |
| 000004 | Capital Recovery V, LLC | $ 636.05 | $ 0.00 | $ 156.40 |
| 000005 | Capital Recovery V, LLC | $ 2,375.94 | $ 0.00 | $ 584.24 |
| 000006 | US BANK N.A. | $ 665.58 | $ 0.00 | $ 163.67 |
| 000007 | US BANK N.A. | $ 7,824.91 | $ 0.00 | $ 1,924.13 |

Total to be paid to timely general unsecured creditors        $          3,594.51

Remaining Balance                                              $              0.00

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____

Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re:  
OZ Grayson  
    Debtor

Case No. 13-02267-JBS  
Chapter 7

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0752-1 | User: froman | Page 1 of 2 | Date Rcvd: Mar 05, 2015 |
| | Form ID: pdf006 | Total Noticed: 22 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2015.

```
db            +OZ Grayson,   15500 Dorchester Ave,   Dolton, IL 60419-3132
19943305      +CAP1/Bstby,   Attn: Bankruptcy Dept.,   Po Box 5253,   Carol Stream, IL 60197-5253
19943311      +CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,   Sioux Falls, SD 57117-6241
19943304      +COMENITY BANK/Carsons,   Attn: Bankruptcy Dept.,   3100 Easton Square Pl,
                Columbus, OH 43219-6232
19943301      +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
19943302      +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
19943313      +IL Dept. of Healthcare & Fam.,   Bankruptcy Department,   509 S. 6th St.,
                Springfield, IL 62701-1809
19943310      +Sears/CBNA,   Attn: Bankruptcy Dept.,   Po Box 6282,   Sioux Falls, SD 57117-6282
19943312       Shawnda Simmons,   Attn: Bankruptcy Dept.,   12614 S. Justine,   Calumet City, IL 60409
19943308      +THD/CBNA,   Attn: Bankruptcy Dept.,   Po Box 6497,   Sioux Falls, SD 57117-6497
19943303      +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
19943294     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:  US BANK,   Attn: Bankruptcy Dept.,   Po Box 5227,
                Cincinnati, OH 45201)
19943296     ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
               (address filed with court:  Wells Fargo HM Mortgag,   Attn: Bankruptcy Dept.,
                8480 Stagecoach Cir,   Frederick, MD 21701)
19974299      +Wells Fargo Bank, N.A.,   C/O,   Pierce & Associates,   1 N. Dearborn Ste 1300,
                Chicago, IL 60602-4373
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
20468851      +E-mail/Text: bnc@bass-associates.com Mar 06 2015 01:28:21
                Capital One, N.A.(Best Buy Co., Inc.),   Bass & Associates, P.C.,
                3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
20601661       E-mail/PDF: rmscedi@recoverycorp.com Mar 06 2015 01:25:57      Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
19943306      +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2015 01:25:54      Gecrb/DISCOUNT TIRE,
                Attn: Bankruptcy Dept.,   Po Box 981439,   El Paso, TX 79998-1439
19943309      +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2015 01:25:54      Gecrb/WALMART DC,
                Attn: Bankruptcy Dept.,   Po Box 981400,   El Paso, TX 79998-1400
20471963       E-mail/Text: electronicbkydocs@nelnet.net Mar 06 2015 01:29:36       Nelnet,
                3015 South Parker Road, Suite 400,   Aurora, CO 80014-2904
19943297      +E-mail/Text: electronicbkydocs@nelnet.net Mar 06 2015 01:29:36       Nelnet LNS,
                Attn: Bankruptcy Dept.,   Po Box 1649,   Denver, CO 80201-1649
20455790       E-mail/Text: bnc-quantum@quantum3group.com Mar 06 2015 01:29:15
                Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
21986911      +E-mail/Text: bnc@bass-associates.com Mar 06 2015 01:28:21      eCAST Settlement Corporation,
                c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   Tucson, AZ 85712-1083
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19943298*     +Nelnet LNS,   Attn: Bankruptcy Dept.,   Po Box 1649,   Denver, CO 80201-1649
19943299*     +Nelnet LNS,   Attn: Bankruptcy Dept.,   Po Box 1649,   Denver, CO 80201-1649
19943300*     +Nelnet LNS,   Attn: Bankruptcy Dept.,   Po Box 1649,   Denver, CO 80201-1649
19943295*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:  US BANK,   Attn: Bankruptcy Dept.,   Po Box 5227,
                Cincinnati, OH 45201)
19943307*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:  US BANK Hogan LOC,   Attn: Bankruptcy Dept.,   Po Box 5227,
                Cincinnati, OH 45201)
20682052*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:  US BANK N.A.,   BANKRUPTCY DEPARTMENT,   P.O. BOX 5229,
                CINCINNATI, OH 45201-5229)
                                                                                 TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: froman               Page 2 of 2                   Date Rcvd: Mar 05, 2015
                               Form ID: pdf006            Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2015                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2015 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor   Wells Fargo Bank, N.A. anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Ashley  Chike    on behalf of Debtor OZ  Grayson ndil@geracilaw.com
              Joseph A Baldi, Tr    jabaldi@baldiberg.com,    jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
               jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Toni  Townsend    on behalf of Creditor   Wells Fargo Bank, N.A. toni.townsend@pierceservices.com,
               northerndistrict@atty-pierce.com
                                                                                             TOTAL: 6
```