UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GRAYSON, OZ | § | Case No. 13-02267 |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joseph A. Baldi_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | US BANK Attn: Bankruptcy Dept. Po Box 5227 Cincinnati OH 45201 |  |  |  |  |  |
| 2 | Wells Fargo HM Mortgag Attn: Bankruptcy Dept. 8480 Stagecoach Cir Frederick MD 21701 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | ECAST SETTLEMENT CORPORATION | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| Associated Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Shawnda Simmons Attn: Bankruptcy Dept. 12614 S. Justine Calumet City IL 60409 | | | | | |
| 2 | IL Dept. of Healthcare & Fam. Bankruptcy Department 509 S. 6th St. Springfield IL 62701 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CAP1/Bstby Attn: Bankruptcy Dept. Po Box 5253 Carol Stream IL 60197 | | | | | |
| 11 | Nelnet LNS Attn: Bankruptcy Dept. Po Box 1649 Denver CO 80201 | | | | | |
| 12 | Sears/CBNA Attn: Bankruptcy Dept. Po Box 6282 Sioux Falls SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 13 THD/CBNA Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | | | | |
| | 14 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 2 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | | | | |
| | 4 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 5 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 8 Nelnet LNS Attn: Bankruptcy Dept. Po Box 1649 Denver CO 80201 | | | | | |
| | 9 Nelnet LNS Attn: Bankruptcy Dept. Po Box 1649 Denver CO 80201 | | | | | |
| 000004 | CAPITAL RECOVERY V, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | CAPITAL RECOVERY V, LLC | | | | | |
| 000003 | NELNET | | | | | |
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000006 | US BANK N.A. | | | | | |
| 000007 | US BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - OZ GRAYSON
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-02267 JBS Judge: Jack B. Schmetterer | | | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- | --- | --- |
| Case Name: | GRAYSON, OZ | | | Date Filed (f) or Converted (c): | 01/21/13 (f) |
| | | | | 341(a) Meeting Date: | 03/14/13 |
| For Period Ending: | 06/26/15 | | | Claims Bar Date: | 07/22/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 15500 Dorchester Ave Dolton, IL 60419 - (Debtor's Stay lifted 4/9/13 | 68,481.00 | 0.00 | | 0.00 | FA |
| 2. checking account with - US Bank xxx248 | 300.00 | 0.00 | | 0.00 | FA |
| 3. Household goods; TV, DVD player, TV stand, stereo, | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Expected 2012 Federal tax refund | 800.00 | 4,900.00 | | 4,900.00 | FA |
| 5. 2002 Chevrolet Trailblazer with 230,000 miles | 1,552.00 | 0.00 | | 0.00 | FA |
| 6. Books and Art Objects | 80.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 50.00 | 0.00 | | 0.00 | FA |
| 8. Jewelry-watches, wedding ring | 1,200.00 | 0.00 | | 0.00 | FA |
| 9. Term Life Insurance-no surrender value | 0.00 | 0.00 | | 0.00 | FA |
| 10. Pension / Profit Sharing | 16,000.00 | 0.00 | | 0.00 | FA |
| 11. 2006 Infinity FX35, 80000 miles | 15,132.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $105,595.00 | $4,900.00 | | $4,900.00 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

LFORM1

Ver: 18.05

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Case 13-02267   Doc 44   Filed 06/30/15   Entered 06/30/15 11:34:32   Desc Main
Document      Page 9 of 14

FORM 1 - OZ GRAYSON
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 13-02267    JBS    Judge: Jack B. Schmetterer | Trustee Name: | Joseph A. Baldi |
| Case Name: | GRAYSON, OZ | Date Filed (f) or Converted (c): | 01/21/13 (f) |
| | | 341(a) Meeting Date: | 03/14/13 |
| | | Claims Bar Date: | 07/22/13 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

5.18.15 - Trustee received approval by the UST regarding his Final Report. Trustee disbursed funds on hand and is in the process of closing the case.

12.30.14 - Trustee collected proceeds of tax refund received by Debtor post-petition. The estate collected $4900 in 12 monthly payments of $408.33. Debtor's first payment was due on or around July 12, 2013 and would continue until the last payment is made on June 2014.  Trustee reviewed claims; Trustee obtained order resolving invalidly filed secured claim; Debtor was late on certain installment payments, but ultimately, the Trustee recovered the full non-exempt value of the tax refund; Trustee prepared TFR

Initial Projected Date of Final Report (TFR): 12/31/14       Current Projected Date of Final Report (TFR): 12/31/14

            /s/    Joseph A. Baldi
_____ Date: 06/26/15
            JOSEPH A. BALDI

FORM 2 - OZ GRAYSON

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 13-02267 -JBS | | Trustee Name: | Joseph A. Baldi |
| Case Name: | GRAYSON, OZ | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6800 Checking Account |
| Taxpayer ID No: | *******6091 | | | |
| For Period Ending: | 06/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 410.00 | | 410.00 |
| 01/09/14 | 4 | OZ GRAYSON | SETTLEMENT: TAX RETURN | 1124-000 | 200.00 | | 610.00 |
| 02/05/14 | 001001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>Annual premium payment | 2300-000 | | 0.49 | 609.51 |
| 04/02/14 | 4 | TCF NATIONAL BANK<br>C/O OZ GRAYSON<br>800 BURR RIDGE PARKWAY<br>BURR RIDGE, IL 60527-6486 | SETTLEMENT: TAX RETURN | 1124-000 | 4,000.00 | | 4,609.51 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,599.51 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,589.51 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,579.51 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,569.51 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,559.51 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,549.51 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,539.51 |

Page Subtotals        4,610.00        70.49

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2 - OZ GRAYSON

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 13-02267 -JBS | | Trustee Name: | Joseph A. Baldi |
| Case Name: | GRAYSON, OZ | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6800 Checking Account |
| Taxpayer ID No: | *******6091 | | | |
| For Period Ending: | 06/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,529.51 |
| 02/13/15 | 4 | US Bank - Personal Money Order<br>Remitter: Oz Grayson<br>15500 Dorchester Avenue<br>Dolton, IL 60419 | SETTLEMENT: TAX RETURN | 1124-000 | 290.00 | | 4,819.51 |
| 04/01/15 | 001002 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois 60602 | Trustee Compensation | 2100-000 | | 1,225.00 | 3,594.51 |
| 04/01/15 | 001003 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000001, Payment 24.59166% | 7100-000 | | 51.04 | 3,543.47 |
| 04/01/15 | 001004 | Nelnet<br>3015 South Parker Road, Suite 400<br>Aurora, CO 80014-2904 | Claim 000003, Payment 24.58998% | 7100-000 | | 715.03 | 2,828.44 |
| 04/01/15 | 001005 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000004, Payment 24.58926% | 7100-000 | | 156.40 | 2,672.04 |
| 04/01/15 | 001006 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120 | Claim 000005, Payment 24.58985% | 7100-000 | | 584.24 | 2,087.80 |

Page Subtotals   290.00   2,741.71

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2 - OZ GRAYSON

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 13-02267 -JBS | | Trustee Name: | Joseph A. Baldi |
| Case Name: | GRAYSON, OZ | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6800  Checking Account |
| Taxpayer ID No: | *******6091 | | | |
| For Period Ending: | 06/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Miami FL 33131-1605 | | | | | |
| 04/01/15 | 001007 | US BANK N.A. BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 | Claim 000006, Payment 24.59058% | 7100-000 | | 163.67 | 1,924.13 |
| 04/01/15 | 001008 | US BANK N.A. BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 | Claim 000007, Payment 24.58980% | 7100-000 | | 1,924.13 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 4,900.00 | 4,900.00 | 0.00 |
| Less:  Bank Transfers/CD's | | 410.00 | 0.00 | |
| Subtotal | | 4,490.00 | 4,900.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 4,490.00 | 4,900.00 | |

Page Subtotals        0.00        2,087.80

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2 - OZ GRAYSON

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 13-02267 -JBS | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | GRAYSON, OZ | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0094 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6091 | | | |
| For Period Ending: | 06/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 08/29/13 | | OZ GRAYSON | SETTLEMENT: TAX REFUND<br>Deposit was printed using non-MICR printer cartridge. Didn't realize until after I checked off that the deposit slip had been printed. ~JMM 8.29.13 | 1124-003 | 410.00 | | 410.00 |
| * 08/29/13 | | OZ GRAYSON | SETTLEMENT: TAX REFUND<br>Deposit was printed using non-MICR printer cartridge. Didn't realize until after I checked off that the deposit slip had been printed. ~JMM 8.29.13 | 1124-003 | -410.00 | | 0.00 |
| 08/29/13 | 4 | OZ GRAYSON | SETTLEMENT: TAX REFUND | 1124-000 | 410.00 | | 410.00 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 410.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 410.00 | 410.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 410.00 | |
| Subtotal | 410.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 410.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6800 | 4,490.00 | 4,900.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********0094 | 410.00 | 0.00 | 0.00 |
| | 4,900.00 | 4,900.00 | 0.00 |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals    410.00    410.00

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2 - OZ GRAYSON

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 13-02267 -JBS | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | GRAYSON, OZ | Bank Name: | Congressional Bank |
|  |  | Account Number / CD #: | *******0094 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6091 |  |  |
| For Period Ending: | 06/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | Checking Account - ********6800 |  |  | Transfers) | To Debtors) | On Hand |
|  |  | Checking Account (Non-Interest Earn - ********0094 |  |  |  |  |  |

Page Subtotals     0.00     0.00

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*